4642. ROUNTREE & LEAK *v.* LEWIS.

HILL, C. J. This was a suit by a real-estate broker to recover commissions arising upon a contract to sell real estate. The undisputed evidence showed that while the plaintiffs had paid to the tax-collector the tax of $10 imposed by the Civil Code (1910), § 971, they had not registered with the ordinary of the county, as required by the Civil Code (1910), § 978. *Held:* A nonsuit was proper. The case is controlled by the decision of this court in *Ford* v. *Thomason,* 11 *Ga. App.* 359 (75 S. E. 269) ; and the request that this court review and overrule that decision is denied. This ruling disposes of the case and renders unnecessary a decision of the other questions made in the bill of exceptions.

*Judgment affirmed.*

DECIDED JULY 8, 1913.

Complaint; from city court of Thomasville—Judge Hammond. December 18, 1912.

*Theodore Titus,* for plaintiffs. *Roscoe Luke,* for defendant.